IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| ARILD SUNDENG and MICHELE SUNDENG,<br><br>Plaintiffs,<br><br>vs.<br><br>SAPP BROS. PETROLEUM, INC., a Nebraska corporation; SAPP BROS. TRAVEL CENTERS, INC., a Nebraska corporation; and DAWSON PUBLIC POWER DISTRICT, a Nebraska political subdivision,<br><br>Defendants. | CASE NO. 7:15-CV-5001<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |

This matter coming before the Court on the Joint Stipulation of the parties for dismissal with prejudice and it appearing to the Court that the Stipulation should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled action should be and hereby is dismissed with prejudice to the bringing of a new action with each party to pay own costs.

Dated this 25th day of August, 2016.

BY THE COURT:

  s/Joseph F. Bataillon
SENIOR UNITED STATES DISTRICT JUDGE


PREPARED AND SUBMITTED BY:

Robert D. Mullin, Jr. (12973)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
ATTORNEYS FOR SAPP BROS. DEFENDANTS